## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| KARIM MIKHAIL,<br><br>Plaintiff,<br><br>v.<br><br>AMARIN CORPORATION, PLC, *et al.*,<br><br>Defendants. | Civil Action No. 23-01856 (GC) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendants Amarin Corporation plc, Amarin Pharma, Inc.,[1] and Amarin Switzerland GmbH's Motion to Dismiss Plaintiff Karim Mikhail's Amended Complaint, under Federal Rules of Civil Procedure (Rules) 12(b)(2) and 12(b)(6). (ECF Nos. 23, 26.) Following briefing by the parties, the Court carefully considered the parties' submissions and decided the motion without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth below, and other good cause shown,

**IT IS** on this 29th day of February 2024 **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 26) is **DENIED** without prejudice.

2. The parties shall complete limited jurisdictional discovery. After completing that discovery, Defendants shall file a letter advising the Court as to whether they intend to answer or, instead, move again to dismiss the Amended Complaint.

3. The Clerk's Office is directed to **TERMINATE** Defendants' Motion (ECF No. 26).

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE

---

[1] Defendants say that Amarin Inc. is improperly named as Amarin Pharmaceuticals, Inc.